STATE OF CONNECTICUT *v.* RANDALL KNIGHT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Oliver S. Chappell,* in support of the motion.

*James N. Oliver, Jr.,* in opposition.

Submitted January 4—decided January 26, 1972

CLARA EVANS *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WILTON

The petition by the defendant for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert A. Fuller,* in support of the petition.

*Allan R. Johnson,* in opposition.

Submitted January 19—decided January 26, 1972

STATE OF CONNECTICUT *v.* ROBERT P. MARION

The petitions by the defendant for certification for appeal from the Appellate Division of the Circuit Court are denied.

*Robert P. Marion,* pro se, in support of the petitions.

*James N. Oliver, Jr.,* in opposition.

Submitted January 19—decided January 26, 1972